# Exhibit A

12/6/2024 10:21:22 CST          To: 12485495888                    Page: 1/1

**SHARx Prescription Advocacy**

# PRESCRIPTION REQUEST FROM SHA**Rx** MAIL ORDER PROGRAM

| Patient Information | Prescriber Information |
|---|---|
| Name: ▮▮▮▮▮▮ | Physician Name: ABDUL BAHRAINWALA |
| DOB: ▮▮▮▮ | Phone: (248) 549-0777 |
| Phone: ▮▮▮▮ | NPI: 1265465769 |
| Address: ▮▮▮▮ | Fax: (248) 549-5888 |
| Sterling Heights, MI 48313 | |

**Medications:** Xolair - 90 day supply with 3 refills

 

## Please send an e-prescription to:

| University Pharmacy | NCPDP: | NPI: |
|---|---|---|
| Coral Gables, FL 33134 | 1144871245 | 1639247513 |

---

Please call us at (314) 451-3353 if you have any questions or need to call in a verbal prescription.

You may also FAX a copy to (314) 628-0394.

Thank you!



SHARx Prescription Advocacy
635 Maryville Centre Dr, Suite 200
St. Louis, MO 63141
(314) 451-3353
www.sharxplan.com

---

**If unable to e-scribe: fill in or fax a prescription for a 90-day supply & 3 refills**

Prescriber Name

Address

City, State, Zip

Medication:

Strength:

Instructions:

Qty: _____ Units: _____ Refills: _____ DAW: _____
(tabs, caps, mL, grams, etc.)

_____ / /

**Sign and date here ↑**

(Stamps are not accepted. Signature required.)

Please follow state guidelines regarding providing a prescription on non-tamper proof paper. A prescription can be faxed on your own prescription form in this case.

---

**IMPORTANT:** This facsimile transmission may contain confidential information, some, or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is property, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering the facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.