## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

NOVARTIS AG and GENENTECH,
INC.,

        Plaintiffs,

v.

SHARx, LLC and CAMPBELL
HEIGHTS PHARMACY LTD,

        Defendants.

Case No. 4:26-cv-10371
Hon. Shalina D. Kumar

-----------------------------------------------------------------------------------------------------/

## STATEMENT OF DISCLOSURE OF CITIZENSHIP
## AND FINANCIAL AFFILIATION

Pursuant to E.D. Mich. LR 83.4, Defendant Campbell Heights Pharmacy Ltd. makes the following disclosure:

## PART I – CITIZENSHIP

Plaintiffs allege jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332, but Defendant Campbell Heights Pharmacy, Ltd. disputes jurisdiction and concurrently moves to dismiss this action under Fed. R. Civ. P. 12(b)(2).

Defendant Campbell Heights Pharmacy, Ltd. is a corporation incorporated in the Province of British Columbia with a principal place of business in the Province of British Columbia.

## PART II – FINANCIAL AFFILIATIONS

The following entities, not parties to this action, have at least a 10% ownership interest in Defendant Campbell Heights Pharmacy, Ltd.:

    1233376 BC Ltd. – 50%
    1365092 BC Ltd. – 50%

Both of these entities are registered in British Columbia with a principal place of business also in British Columbia.

Date: March 3, 2026                    Respectfully submitted,

                                       /s/ Michael R. Turco (P48705)
                                       Brooks Wilkins Sharkey & Turco PLLC
                                       401 S. Old Woodward Avenue, Ste. 400
                                       Birmingham, Michigan 48009
                                       (248) 971-1713
                                       turco@bwst-law.com

                                       Attorney for Defendant Campbell Heights
                                       Pharmacy, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically filed the foregoing Document with the clerk of the court using the ECF system, which will send Notification of the filing to all counsel of record.

                                       /s/ Michael R. Turco (P48705)